IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBINSON, | C-10-1232 SC |
| Plaintiff, | |
| -v- | |
| TOYOTA MOTOR SALES, U.S.A.. et al., | ORDER TO SHOW CAUSE |
| Defendant. | |

IT IS HEREBY ORDERED that Plaintiff in the above-entitled action is to appear in Courtroom No. 1, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, on August 13, 2010 at 10:00 A.M., then and there to show cause by actual appearance in Court, and by certification of counsel filed with the Court by Friday, August 6, 2010, why said action should or should not be dismissed for lack of prosecution, or otherwise disposed of. The certificate shall set forth in factual summary the nature of the action and present status and expected future course.

**FAILURE TO COMPLY WITH THIS NOTICE WILL BE DEEMED SUFFICIENT GROUNDS FOR DISMISSAL.**

**IT IS SO ORDERED.**

Dated: July 9, 2010

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE