1  DONALD AMAMGBO, ESQ.
   AMAMGBO & ASSOCIATES
2  7901 Oakport Street, Suite 4900
   Oakland, California 94621
3  Telephone:  (510) 615-6000
   Facsimile:  (510) 615-6025
4
5  REGINALD TERRELL, ESQ.
   THE TERRELL LAW GROUP
6  Pos t Office Box 13315, PMB #148
   Oakland, California 94661
7  Telephone:  (510) 237-9700
   Facsimile:  (510) 237-4616
8
9  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DAVID ROBINSON, on behalf of hisself and all others similarly situated, | Case No. 10-cv-1232 SC |
|---|---|
| Plaintiff, | |
| v. | AMENDED NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT AS TO ALL DEFENDANTS WITHOUT PREJUDICE |
| TOYOTA, | [F.R.C.P. Section 41(a)(1)] |
| Defendants. | |

TO THE COURT AND ALL PARTIES HEREIN:

Please take notice that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff David Robinson voluntarily dismisses his complaint as to all named defendants as to all

NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

claims made herein, that is in Case No.: 10-cv-01232 SC, without prejudice.

DATED: 7-29-2010

By:\_\_\_/s/ R. Terrell_____
DONALD AMAMGBO, ESQ.
AMAMGBO & ASSOCIATES
7901 Oakport Street, Suite 4900
Oakland, California 94621
Telephone: (510) 615-6000
Facsimile: (510) 615-6025

REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
223 25th Street
Richmond, California 94804
Telephone: (510) 237-9700
Facsimile: (510) 237-4616



IT IS SO ORDERED
Judge Samuel Conti

NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

CERTIFICATE OF SERVICE

The undersigned, an attorney, affirms that on July 28, 2010, he filed an electronic copy of the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

                                              ____/S/_ R. Terrell_____
                                              REGINALD TERRELL